# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Howard McCowan

Plaintiff

v.

Case No. Civil 00-1865 DWF/JMM

**JUDGMENT IN A CIVIL CASE**

Janet Reno, J.W. Tippy, Chaplain Longernecker, Captain D.R. Benson, Lt. Mark Miller and Michael R. Isaacson

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Magistrate Judge John M. Mason's Report and Recommendation dated 10/25/00 is adopted. This action is summarily dismissed. Plaintiff's motion to strike and motion for continuance are denied as moot. Plaintiff's application to preceed without prepayment of fees is denied. Plaintiff is required to pay the unpaid balance of the court filing fee namely $108.02. This action is dismissed on the grounds that it is frivolous, malicious or fails to state a claim on which relief may be granted.

DATE: December 4, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk