**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HOWARD McCOWAN, sued as Howard Alan McCowan,

Plaintiff,

v.

JANET RENO, U.S. Attorney General; J.W. TIPPY, Warden; Chaplain LONGERNECKER; LIEUTENANT MARK MILLER; MICHAEL R. ISAACSON, sued as M.R., Unit-Manager,

Defendants.

Civil No. 00-1865 (DWF/JMM)

**ORDER**

---

Howard McCowan, Pro Se, Volunteers of America, 2825 East Lake Street, Minneapolis, MN 55406, Plaintiff.

---

Plaintiff filed a Notice of Appeal in this matter on March 1, 2001 (Doc. No. 11). However, the Notice of Appeal was not accompanied by the requisite $105 filing fee, so the Court of Appeals remanded the matter to this Court to determine whether Plaintiff should be allowed to proceed *in forma pauperis* ("IFP") on appeal. (*See* Order dated March 26, 2001 (Doc. No. 13).) Following the remand order, Plaintiff tendered the full $105 filing fee for his appeal. (*See* receipt dated April 6, 2001 (Doc. No. 14).) Because Plaintiff has not applied for leave to proceed IFP on appeal, but has instead paid the full filing fee for his appeal, the Court finds Plaintiff's IFP status on appeal to be a moot issue in this case.

Based upon the foregoing, and all of the files, records and proceedings herein,

FILED APR 0 9 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court certifies that Plaintiff's eligibility to proceed *in forma pauperis* on appeal in this case is **MOOT**.

Dated: April 9, 2001

DONOVAN W. FRANK
Judge of United States District Court